# Court of Appeals
# of the State of Georgia

ATLANTA, June 15, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0525. SAHAR ALWADI v. ATLANTA POLICE DEPARTMENT et al.

Sahar Alwadi sued the Atlanta Police Department and several individual officers for violating her constitutional rights and causing her bodily harm. The trial court dismissed the complaint, and Alwadi filed an application for discretionary appeal in the Supreme Court of Georgia. That Court transferred the application here upon finding no basis for jurisdiction there. See Case No. S26D1161 (Apr. 29, 2026).

Under OCGA § 5-6-34(a)(1)(B), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." Based on the limited application materials, the trial court's dismissal order appears to be a final judgment, and no provision of OCGA § 5-6-35(a), the discretionary appeal statute, appears to apply. The order, therefore, appears to be subject to direct appeal.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35(j). Accordingly, this application is hereby GRANTED. Alwadi shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is

DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* ___06/15/2026_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*